1   McGREGOR W. SCOTT
2   United States Attorney
    BOBBIE J. MONTOYA
3   Assistant U. S. Attorney
    501 I Street, Suite 10-100
4   Sacramento, CA  95814-2322
5   Telephone:  (916) 554-2700

6   Attorneys for Defendant

7                   IN THE UNITED STATES DISTRICT COURT

8                   FOR THE EASTERN DISTRICT OF CALIFORNIA
9

10  CATHERINE McDONNELL,

11          Plaintiff,                    CASE NO. **2:04-CV-02403-GGH**

12      v.
                                          STIPULATION AND ORDER
13                                        SETTLING ATTORNEY'S FEES
    JO ANNE B. BARNHART,                  PURSUANT TO THE EQUAL
14    Commissioner of                     ACCESS TO JUSTICE ACT
15    Social Security,

16          Defendant.
17

18          IT IS HEREBY STIPULATED by and between the parties through their undersigned counsel,
19
    subject to the approval of the Court, that counsel for Plaintiff be awarded attorney's fees under the
20
    Equal Access to Justice Act (EAJA) in the amount of TWO THOUSAND ONE HUNDRED
21
22  NINETY AND 00/100 DOLLARS ($2,190.00), said amount representing compensation for legal

23  services rendered on behalf of Plaintiff by her attorney in accordance with 28 U.S.C. § 2412(d).

24          This stipulation constitutes a compromise settlement of counsel for Plaintiff's request for all
25
    fees under the EAJA, and does not constitute an admission of liability on the part of Defendant under
26
    the EAJA.  Payment in the amount of TWO THOUSAND ONE HUNDRED NINETY AND 00/100
27
28
                                              1

DOLLARS ($2,190.00) in fees , shall constitute a complete release from and bar to any and all claims

counsel for Plaintiff may have relating to EAJA fees in connection with this action, but such award

will not prejudice any future request for attorney's fees under the Social Security Act, 42 U.S.C. §

406(b).

The parties further stipulate that counsel for Plaintiff will provide a facsimile of this

stipulation bearing counsel's signature for retention in Defendant's case file, and hereby authorizes

counsel for Defendant to file this document in PDF format under the latter's Electronic Case Filing

password, pursuant to Local Rule 7-131.

DATED: April 17, 2006            /s/ Elizabeth L. Gade
                                 ELIZABETH L. GADE

                                 Attorney for Plaintiff


DATED: April 17, 2006            McGREGOR W. SCOTT
                                 United States Attorney


                             By: /s/ Bobbie J. Montoya
                                 BOBBIE J. MONTOYA
                                 Assistant U. S. Attorney

                                 Attorneys for Defendant

OF COUNSEL

LUCILLE GONZALES MEIS
Chief Counsel, Region IX

MARK A. WIN
Assistant Regional Counsel

U. S. Social Security Administration

2

_____oOo_____

## ORDER

Upon stipulation of the parties, Counsel for Plaintiff in CASE NO. 2:04-CV-02403-GGH, <u>CATHERINE McDONNELL v. Jo Anne B. Barnhart</u>, is hereby awarded attorney fees in the amount of $2,190.00, pursuant to the Equal Access to Justice Act.

APPROVED AND SO ORDERED.

**DATED:** 4/20/06                    /s/ Gregory G. Hollows
                                      _____
                                      **GREGORY G. HOLLOWS**
                                      **UNITED STATES MAGISTRATE JUDGE**

mcdonnell.ord